IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CANDACE LONG                                                                                         PLAINTIFF

vs.                                           NO.  10-5198

NORTH AMERICAN ASSET
SERVICES, LLC d/b/a FRONTIER
FINANCIAL GROUP, INC.                                                                         DEFENDANT

CLERK'S ORDER OF DISMISSAL

The plaintiff herein, having filed a Notice of Dismissal pursuant to Rule 41(a), Fed.R.Civ.P., IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

Dated: March 14, 2011

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY:  /s/  S. Cummings
Deputy Clerk